**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GREGORY D. BARREN, Sr., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11 cv-00653-KJD-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| OFFICER C. COLOMA, P#2106, an individual; and OFFICER D. BROOKS, P# 1875, an individual, | ) ) ) | Joint Motion to Extend Discovery (#21) |
| | ) | |
| Defendants. | ) | |

    This matter comes before the Court on Plaintiff and Defendants' Joint Motion to Extend Discovery (First Request), or in the Alternative, Defendants' Motion to Compel Discovery Responses and Limited Extension of Discovery (#21), filed on February 28, 2012. The parties jointly request a thirty day extension of the discovery deadlines in this case to allow the Plaintiff additional time to respond to discovery requests. In light of the Defendants' representations that Plaintiff agreed to an extension of the discovery deadline, the Court will extend the discovery deadlines in this matter for thirty days. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff and Defendants' Joint Motion to Extend Discovery (First Request), or in the Alternative, Defendants' Motion to Compel Discovery

. . .

. . .

. . .

. . .

. . .

1  Responses and Limited Extension of Discovery (#21) is **granted** as follows:

2      Last date to complete discovery:    **Wednesday, March 28, 2012**

3      Last date to file dispositive motions:    **Monday, April 30, 2012**

4      Last date to file joint pretrial orders:    **Wednesday, May 30, 2012**

6  DATED this 29th day of February, 2012.

                                    *George Foley Jr.*
                                GEORGE FOLEY, JR.
                                United States Magistrate Judge