ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
Attorneys for Defendants
Officer Christopher Coloma
and Officer David Brooks

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY D. BARREN, SR., <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER C. COLOMA AND OFFICER D. BROOKS, in their official capacity as police officers employed by the City of North Las Vegas, <br><br> Defendants. | CASE NO. 2:11-cv-0653-KJD-GWF <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff in Proper Person, Gregory S. Barren, Sr., and Defendants Officer Christopher Coloma and Officer David Brooks by and through their counsel, Robert W. Freeman, Esq. of LEWIS BRISBOIS BISGAARD & SMITH

…
…
…
…
…
…
…
…
…
…

4817-1181-4702.1

LLP, that all of Plaintiff's claims and causes of action against Defendants in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 14 day of March, 2016.          DATED this ___ day of _____, 2016.

                                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____          By: _____
GREGORY D. BARREN                          ROBERT W. FREEMAN, ESQ.
4236 Heller Drive                                    6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89115                      Las Vegas, Nevada 89118
*Attorney in proper person*                    *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

DATED this 25th day of April, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE